1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK ANTHONY STANLEY-BEY,

 Plaintiff,

 v.

JEFFREY BEARD,

 Defendant.

Case No.  16-cv-02305-KAW    (PR)

**ORDER OF DISMISSAL WITH LEAVE TO AMEND**

Plaintiff Mark Anthony Stanley-Bey, a state prisoner incarcerated at San Quentin State Prison, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional rights by prison officials.   Plaintiff has consented to the jurisdiction of the undersigned United States Magistrate Judge over this action.  Plaintiff has filed a motion for leave to proceed *in forma pauperis* ("IFP"), which is granted in a separate order.

Plaintiff does not list any claims in his complaint but indicates that he wishes this case to be "combined" with a previous case, *Stanley-Bey v. Beard*, No. 15-3742 PSG (PR), which was dismissed without prejudice to re-filing after he exhausted his administrative remedies.  He states that he is filing this case because he has now exhausted his administrative remedies.

The Court cannot combine the two cases.  This case is dismissed with leave to amend so that Plaintiff may re-file it with allegations describing his claims and specifying the individual or individuals he is suing for each claim.  The Clerk of the Court is directed to send Plaintiff a copy of the complaint in his previous case, No. 15-3742 PSG (PR), and a blank civil rights complaint form.  Plaintiff 's amended complaint must use the number of this case, No. 16-2305 KAW (PR) with the words "AMENDED COMPLAINT" in the right upper-hand corner.  Plaintiff's amended

complaint is due within **twenty-eight** days from the date of this Order.  If Plaintiff does not file an amended complaint within twenty-eight days, this case will be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: July 25, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge